Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 20−21204−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey Lee Hand Jr.
   aka Jeff Hand
   276 Crystal Terr.
   Haddon Twp., NJ 08033

Social Security No.:
   xxx−xx−4166

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 11, 2021.

Dated: March 11, 2021
JAN: har

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                        Case No. 20-21204-ABA
Jeffrey Lee Hand, Jr.                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                                Page 1 of 2
Date Rcvd: Mar 11, 2021                    Form ID: plncf13                           Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID   |     | Recipient Name and Address |
|------------|-----|---------------------------|
| db         | +   | Jeffrey Lee Hand, Jr., 276 Crystal Terr., Haddon Twp., NJ 08033-3018 |
| 518975507  | +   | Ally, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 518994586  | +   | Denise Carlon Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518975511  | +   | Halsted Financial Services, LLC, P.O. Box 828, Skokie, IL 60076-0828 |
| 518975512  | #+  | KML Law Group, PC, 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| 519085488  | +   | Lynn Becker, Mark Becker, Clare Becker, 276 Crystal Terr., Haddon Twp., NJ 08033-3018 |
| 518975515  | +   | Midland Funding LLC c/o, Midland Credit Mgmt Inc., 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 518975516  | +   | Nicholas J. Zabala, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 518975517  |     | Pressler, Felt & Warshaw, LLP, 7 Entin Road, 2nd Floor, Parsippany, NJ 07054-5020 |
| 518975521  | +   | WF Card Services, Bankruptcy Dept, PO Box 14517, Des Moines, IA 50306-3517 |
| 518983992  |     | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518990493  | +   | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 518975520  | +   | Wells Fargo Bank, N.A., PO Box 95225, Albuquerque, NM 87199-5225 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID  |   | Notice Type: Email Address                          | Date/Time              | Recipient Name and Address |
|-----------|---|-----------------------------------------------------|------------------------|----------------------------|
| smg       |   | Email/Text: usanj.njbankr@usdoj.gov                 | Mar 11 2021 20:52:00   | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg       | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov           | Mar 11 2021 20:52:00   | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518990623 |   | Email/Text: ally@ebn.phinsolutions.com              | Mar 11 2021 20:50:00   | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518975508 |   | Email/PDF: AIS.cocard.ebn@americaninfosource.com    | Mar 11 2021 22:20:23   | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518975509 |   | Email/PDF: AIS.cocard.ebn@americaninfosource.com    | Mar 11 2021 22:17:58   | Capital One Services, PO Box 85619, Richmond, VA 23285-5619 |
| 518975510 |   | Email/Text: data_processing@fin-rec.com             | Mar 11 2021 20:51:00   | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 518980603 |   | Email/PDF: resurgentbknotifications@resurgent.com   | Mar 11 2021 22:20:31   | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518975513 | + | Email/PDF: resurgentbknotifications@resurgent.com   | Mar 11 2021 22:18:08   | LVNV Funding, LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 519033961 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com  | Mar 11 2021 22:19:08   | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518975514 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com  | Mar 11 2021 22:20:21   | Midfirst Bank, 999 N.W. Grand Boulevard, Suite 100, Oklahoma City, OK 73118-6051 |
| 518975518 |   | Email/Text: tax@waterfordtwp.org                    |                        |                            |

| | | Mar 11 2021 20:53:00 | Township of Waterford, Taxation Dept, 2131 Auburn Ave, Atco, NJ 08004-1900 |
|---|---|---|---|
| 518975519 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 11 2021 20:50:00 | Verizon New Jersey, Inc, Bankruptcy Dept., 500 Technolgy Dr, Weldon Springs, MO 63304-2225 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 13, 2021            Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Fred R. Braverman | on behalf of Debtor Jeffrey Lee Hand  Jr. bravelaw@comcast.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5